**Case No. 25-40032**

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

MADELYN MARINA QUIROZ; MARINA NAOMI HERNANDEZ QUIROZ,
Plaintiffs – Appellants

v.

EDUARDO HERNANDEZ; CITY OF DAYTON; THEO MELANCON, CITY OF DAYTON,
CITY MANAGER; DICKENSON CITY MANAGER; ROBERT VINE, DAYTON CITY POLICE
CHIEF; JOHN D. COLEMAN, DAYTON CITY POLICE CAPTAIN; TERRI HUGHES,
CRIMINAL INVESTIGATION DIVISION LIEUTENANT, DAYTON CITY; CAROLINE
WEDZECK; KRISTEN SEIBERT; CITY OF DAYTON FIRE DEPARTMENT; MURPHY
GREEN; JENNIFER BERGMAN HARKNESS, LIBERTY COUNTY DISTRICT ATTORNEY;
MATTHEW POSTON, LIBERTY COUNTY ATTORNEY; MATTHEW SALDANA; CITY OF
LIBERTY, TEXAS; KATELYN GRIMES; ALLEGIANCE MOBILE HEALTH MEDICAL
SERVICE; STEVE SMITH; RAMJI LAW GROUP; JAMEY WAYNE BICE, ALSO KNOWN AS
JAIME BICE, ALSO KNOWN AS JAMES BICE, ALSO KNOWN AS JAMEY BICE; STEPHANIE
LEE BLUM BICE; MORGAN SKYE WHITE; UNION PACIFIC RAILROAD COMPANY;
ADAM RAMJI,
Defendants - Appellees

_____

On Appeal from the U.S. District Court
for the Eastern District of Texas, Beaumont Division
(The Hon. Marcia A. Crone, Judge Presiding); Civil Action No. 1:23-CV-00273

_____

## APPELLEES' UNOPPOSED MOTION FOR LEAVE

Carmen Jo Rejda-Ponce
State Bar No. 24079149
crejdaponce@germer.com
Kelli Burris Smith
State Bar No. 24008053

ksmith@germer.com
Sean O'Neal Braun
sbraun@germer.com
State Bar No. 24088907
**GERMER PLLC**
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
(713) 650-1313 – Telephone
(713) 739-7420 – Facsimile

**ATTORNEYS FOR APPELLEES**

**TO THE CLERK OF THE FIFTH CIRCUIT COURT OF APPEALS**:

Appellees, City of Dayton, Theo Melancon, Robert Vine, John D. Coleman, Terri Hughes, Caroline Wadzeck, Kristen Seibert, City of Dayton Fire Department, and Murphy Green (collectively "Dayton Defendants") and City of Liberty and Katelyn Grimes (collectively "Liberty Defendants"), file this Unopposed Motion for Leave to file two separate Appellees' Briefs and in support would respectfully show as follows:

## I.

Appellants, Madelyn Quiroz and Marina Quiroz (collectively "Plaintiffs"), filed this lawsuit against the Dayton Defendants, Liberty Defendants, and nine other defendants arising from emergency medical treatment and a police investigation following a serious automobile accident. The Dayton Defendants and Liberty

Defendants filed separate appellate briefs to make the facts and issues easier to digest given the procedural history of this case.

II.

Although both of their Appellees' Briefs are structured similarly and contain similar arguments:

- The City of Dayton and City of Liberty are separate governmental entities, and their respective employees are sued in their official capacities;

- Plaintiffs filed numerous complaints in which many of the Dayton Defendants and Liberty Defendants were added (or omitted) at different times;

- Plaintiffs' factual allegations against the Dayton Defendants and Liberty Defendants are distinct, as the Dayton Defendants investigated the accident whereas the Liberty Defendants merely transported Madelyn Quiroz by ambulance to a Lifeflight helicopter;

- In the District Court, the Dayton Defendants and Liberty Defendants filed separate Motions to Dismiss pursuant to Rule 12(b)(6), along with separate Reply Briefs in support, separate Responses to Plaintiffs' Objections to the Magistrate's Report and Recommendation, and separate Responses to Plaintiffs' Motion for Reconsideration;

- In the District Court, Plaintiffs failed to respond to many of the arguments raised by the Dayton Defendants and Liberty Defendants, raising similar but separate abandonment arguments unique to their respective briefing.

- In Appellants' Brief, Plaintiffs abandoned and waived all argument as to the Liberty Defendants.

## III.

The Dayton Defendants and Liberty Defendants filed two separate briefs in an effort to clearly present their respective arguments. However, if the Court denies leave to file two separate briefs, the Dayton Defendants and Liberty Defendants respectfully request a two-week extension of time to combine their Appellees' Briefs.

## IV.

This request is unopposed.

## **PRAYER**

Appellees, City of Dayton, Theo Melancon, Robert Vine, John D. Coleman, Terri Hughes, Caroline Wadzeck, Kristen Seibert, City of Dayton Fire Department, Murphy Green, City of Liberty, and Katelyn Grimes, respectfully pray that this Court grant their Unopposed Motion for Leave to File separate Appellees' Briefs on behalf of the Dayton Defendants and Liberty Defendants.

Respectfully submitted,

**GERMER PLLC**
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
(713) 650-1313 – Telephone
(713) 739-7420 – Facsimile

 /s/ *Carmen Jo Rejda-Ponce*
Carmen Jo Rejda-Ponce
State Bar No. 24079149
crejdaponce@germer.com
Kelli Burris Smith
State Bar No. 24008053
ksmith@germer.com
Sean O'Neal Braun
sbraun@germer.com
State Bar No. 24088907

ATTORNEYS FOR APPELLEES,
CITY OF DAYTON, THEO MELANCON, ROBERT VINE, JOHN D. COLEMAN, TERRI HUGHES, CAROLINE WADZECK, KRISTEN SEIBERT, CITY OF DAYTON FIRE DEPARTMENT, MURPHY GREEN, CITY OF LIBERTY, AND KATELYN GRIMES

<u>CERTIFICATE OF COMPLIANCE</u>

This Motion complies with the type-volume, typeface, and typestyle requirements of Rules 27 and 32. It has been prepared in a proportionally-spaced typeface using Word in 14-point Times New Roman and contains 423 words.

 /s/ *Kelli Burris Smith*
KELLI BURRIS SMITH

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 23, 2025, Appellees' counsel conferred with Appellants' counsel regarding the relief requested in this Motion, and it is unopposed.

/s/ *Kelli Burris Smith*
**KELLI BURRIS SMITH**


## CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of June 2025, Appellees' Unopposed Motion for Leave was electronically filed and served on all counsel of record in accordance with the Federal Rules of Appellate Procedure.

/s/ *Kelli Burris Smith*
**KELLI BURRIS SMITH**