# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 30, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-40032   Quiroz v. Hernandez
                USDC No. 1:23-CV-273

The court has granted the appellees' motion to file separate briefs and denied the motion to extend time to file appellees' briefs. Appellees' briefs are due 7/7/2025.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Amanda M. Duroncelet, Deputy Clerk

Mr. Phillip W. Bechter
Mr. Frederick Blair Clarke
Mr. John Stuart Collins
Ms. Terria M. Hutchinson
Mr. U.A. A. Lewis
Mr. Toby Franklin Nash
Mr. Sean Benjamin O'Neal Braun
Mr. David O'Toole
Mr. Ryan Philip Pitts
Mr. Antonio Ramirez III
Ms. Carmen Jo Rejda-Ponce
Mr. Kent Geoffrey Rutter
Mr. Rudy Allen Sanchez
Mrs. Kelli Burris Smith
Mr. Alex Joseph Stelly Jr.